TRACY HOPE DAVIS
United States Trustee for Region 17
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California  94612-5231
Email:         Maggie.McGee@usdoj.gov
Telephone:   (510) 637-3200
By:     MARGARET H. MCGEE (SBN 142722)
          Trial Attorney

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:                                                ) Case No. 14-41756  RLE
                                                      )
MYISHA HERIZONA LUBOVISKI,    ) Chapter 7
                                                      )
                                                      )
                                                      )
                      Debtor.                    )
                                                      )
                                                      )
_____)

## MOTION TO EXTEND TIME TO FILE A MOTION TO DISMISS OR OBJECT TO DEBTOR'S DISCHARGE

The United States Trustee hereby moves this Court for an order further extending the time to file a motion to dismiss pursuant to  11 U.S.C. § 707 or a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 on the following grounds:

1. This motion is made pursuant to Fed. R. Bankr. P. 4004(b) to extend the time in which the United States Trustee may file a motion to dismiss or a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 707 or § 727.

2. Debtor commenced this chapter 7 case on April 23, 2014.  The meeting of creditors was first set for June 3, 2014.

3. The deadline for objecting to Debtor's discharge is August 4, 2014.

4. Fed. R. Bankr. P. 4004(b) (1) provides "On motion of any party in interest, after notice and hearing, the court may for cause extend the time to object to discharge. Except as provided in subdivision (b) (2) the motion shall be filed before the time has expired."

5. The U.S. Trustee seeks an extension of the time to file a motion dismissing and/or a complaint objecting to the discharge to and including September 10, 2014. The United States Trustee scheduled a 2004 examination for August 6, 2014 and the deadline expires August 4, 2014. The U.S. Trustee desires to conduct discovery regarding allegations that, if true, would be grounds for the dismissal of Debtor's case or denial of Debtor's discharge.

6. Based on the foregoing, the U.S. Trustee submits that there is cause to extend the deadline for filing a motion to dismiss pursuant to section 707 or a complaint objecting to Debtor's discharge pursuant to section 727.

WHEREFORE, the U.S. Trustee requests the Court to extend to and including September 10, 2014 the time within which the U.S. Trustee may file a motion to dismiss or a complaint objecting to Debtor's discharge, or for such other relief as the Court deems appropriate.

Date: July 23, 2014

TRACY HOPE DAVIS
UNITED STATE TRUSTEE

　　/s/Margaret H. McGee　　/
MARGARET H. MCGEE
Trial Attorney
Office of the United States Trustee,
Oakland Division